IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DEWEY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 123-040 |
| ) | |
| THE STATE OF GEORGIA; ) | |
| JUDGE SHELLY JOLLY; REX MYERS; ) | |
| and INMAN WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motions to proceed *in forma pauperis*, (doc. nos. 6, 10), **DENIES** the motion to change venue, (doc. no. 9), **DENIES** the motion for a fast and speedy trial, (doc. no. 7-2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 16th day of June, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA